IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL JOHNSON-WILLIAMS, a/k/a CHERYL ANGRUM, <br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRY SYSTEMS; SHELLEY ORTOLANI, et al. SUBSTITUTE TRUSTEES, <br> Defendants. | Civil Action No. 3:14-CV-3927-M (BH) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion to Dismiss Plaintiff's Amended Petition for Declaratory Judgment*, filed January 15, 2015 (doc. 7), is **GRANTED**. By separate judgment, all of Plaintiff's claims against CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc. will be **DISMISSED with prejudice**. Plaintiff's claims against "Shelley Ortolani, et al. Substitute Trustees" will also be *sua sponte* **DISMISSED with prejudice**.

**SIGNED** this 19th day of August, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS