IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL JOHNSON-WILLIAMS, a/k/a CHERYL ANGRUM,<br>　　　Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRY SYSTEMS; SHELLEY ORTOLANI, et al. SUBSTITUTE TRUSTEES,<br>　　　Defendants. | Civil Action No. 3:14-CV-3927-M (BH) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Reconsideration of the Court's Order Dated August 13, 2015*, filed August 24, 2015 (doc. 25) is **DENIED.**

**SIGNED** this 3rd day of March, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS