**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| CHERYL JOHNSON-WILLIAMS, a/k/a § | | |
| CHERYL ANGRUM, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:14-CV-3927-M (BH) | |
| § | | |
| CITIMORTGAGE, INC.; MORTGAGE § | | |
| ELECTRONIC REGISTRY SYSTEMS; § | | |
| SHELLEY ORTOLANI, et al. § | | |
| SUBSTITUTE TRUSTEES, § | | |
| Defendants. § | Referred to U.S. Magistrate Judge | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred. Before the Court is the plaintiff's motion to proceed in forma pauperis on appeal, received March 10, 2016 (doc. 30).

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

  (**X**)   Plaintiff is not a pauper. A review of the financial information provided by plaintiff shows a monthly income of $3,257.00 and monthly expenses of approximately $2,263.00. Given this financial information showing monthly income exceeding monthly expenses by $994.00, the Court should conclude that plaintiff will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED** this 15th day of March, 2016.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE