**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL JOHNSON-WILLIAMS, a/k/a** | § | |
| **CHERYL ANGRUM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:14-CV-3927-M** |
| | § | |
| **CITIMORTGAGE, INC.; MORTGAGE** | § | |
| **ELECTRONIC REGISTRY SYSTEMS;** | § | |
| **SHELLEY ORTOLANI, et al.** | § | |
| **SUBSTITUTE TRUSTEES,** | § | |
| **Defendants.** | § | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING**
**REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )  The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)  The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

(**X**)  Plaintiff is not a pauper.  A review of the financial information provided by plaintiff shows a monthly income of $3,257.00 and monthly expenses of approximately $2,263.00.  Given this financial information showing monthly income exceeding monthly expenses by $994.00, the Court concludes that plaintiff will not suffer undue financial hardship after payment of the $505.00 filing fee.  *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

Although this Court has denied leave to proceed *in forma pauperis* on appeal, plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).

**SIGNED this 22nd day of March, 2016.**

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**